UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JUDITH A. BEALL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>EDWARDS LIFESCIENCES LLC,<br><br>　　　　　Defendant. | CASE NO. 8:18-CV-00814 JLS (KESx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Hon. Josephine L. Staton |

1   The Court, having read and considered the stipulation of the parties for
2   dismissal of the entire action with prejudice, and good cause appearing therefor,

4   IT IS HEREBY ORDERED THAT this action is dismissed in its entirety
5   with prejudice and that each of the parties shall bear her/its own respective
6   attorneys' fees and costs incurred in this action.

DATED: November 26, 2018

**JOSEPHINE L. STATON**
Hon. Josephine L. Staton
United States District Judge